Michael R. Brooks, Esq.
Nevada Bar No. 7287
mbrooks@brookshubley.com
Ace C. Van Patten, Esq.
Nevada Bar No. 11731
avanpatten@brookshubley.com
**BROOKS HUBLEY, LLP**
1645 Village Center Circle, Suite 60
Las Vegas, Nevada 89134
Tel:     (702) 851-1191
Fax:    (702) 851-1198
*Attorneys for Plaintiff Ditech Financial LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| DITECH FINANCIAL LLC, a foreign corporation, | Case No.: 2:16-cv-02400-MMD-VCF |
| Plaintiff, | |
| v. | **THREE DAY NOTICE OF INTENT TO TAKE DEFAULT AGAINST DEFENDANT, MARIA LOYO-MORALES** |
| NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONI; DOES 1-10, inclusive, | |
| Defendants. | |

**THREE DAY NOTICE OF INTENT TO TAKE DEFAULT AGAINST DEFENDANT, MARIA LOYO-MORALES**

PLEASE TAKE NOTICE that a Complaint was filed in the above-reference matter on October 14, 2016, and served on Defendant, MARIA LOYO-MORALES ("Loyo-Morales"), on October 20, 2016. As of today's date, no responsive pleading has been filed

BROOKS HUBLEY, LLP
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1   by Defendant.

2         You are hereby notified that if a responsive pleading is not filed and served within

3   three (3) days of receipt of this Notice, a Default will be taken and a final judgment of

4   default will be requested against Defendant, MARIA LOYO-MORALES.

5         DATED this _16_ day of November, 2016.

6                                   BROOKS HUBLEY, LLP

7

8                                   Michael R. Brooks, Esq.

                                Ace C. Van Patten, Esq.

9                                   *Attorneys for Plaintiff*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

**BROOKS HUBLEY, LLP**
1645 VILLAGE CENTER CIRCLE, SUITE 60, LAS VEGAS, NV 89134
TELEPHONE: (702) 851-1191 FAX: (702) 851-1198

1

## CERTIFICATE OF SERVICE

2      I, the undersigned, hereby certify that I am employed in the County of Clark, State of

3  Nevada, am over the age of 18 years and not a party to this action.  My business address is

4  that of Brooks Hubley, LLP, 1645 Village Center Circle, Suite 60, Las Vegas, Nevada

5  89134.

6      I HEREBY CERTIFY that on this day, via U.S. Mail, First Class on the following

7  parties:

8      Maria Loyo-Morales
       5513 Oakwood Ridge Street
9      Las Vegas, Nevada 89130

10

11     I certify under penalty of perjury that the foregoing is true and correct and that this

   Certificate of Service was executed by me on the ____10th____ day of November, 2016, at Las

12  Vegas, Nevada.

13

14                                          _____
                                           An Employee of BROOKS HUBLEY, LLP
15

16

17

18

19

20

21

22

23