1  MICHAEL R. BROOKS, ESQ.
   Nevada Bar No. 007287
2  DAVID R. CLAYSON, ESQ.
   Nevada Bar No. 002826
3  **KOLESAR & LEATHAM**
   400 South Rampart Boulevard, Suite 400
4  Las Vegas, Nevada 89145
   Telephone: (702) 362-7800
5  Facsimile: (702) 362-9472
   E-Mail:  mbrooks@klnevada.com
6           dclayson@klnevada.com

7  Attorneys for Plaintiff
   DITECH FINANCIAL LLC

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC, | CASE NO. 2:16-cv-02400-MMD-VCF |
| Plaintiff, | |
| vs. | ***EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER** |
| NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONI, DOES 1-10, inclusive, | |
| Defendants. | |

Plaintiff, DITECH FINANCIAL LLC ("Plaintiff"), by and through its attorneys of record, Michael R. Brooks, Esq., and David R. Clayson, Esq., of the law firm of Kolesar & Leatham, brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List requesting that **Ace C. Van Patten, Esq.**, be removed from the CM/ECF Service List. Mr. Van Patten is no longer associated with this matter. Therefore, it is no longer necessary that he receive CM/ECF notice.

Therefore, Kolesar & Leatham requests that Ace C. Van Patten, Esq., be removed from the CM/ECF service list.

KOLESAR & LEATHAM
400 S. Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145
TEL: (702) 362-7800 / FAX: (702) 362-9472

PLEASE TAKE NOTICE that Kolesar & Leatham:

1. Requests that Ace C. Van Patten, Esq., be removed from all service lists in this proceeding.

DATED this 5 day of January, 2018.

Pursuant to Local Rule IA 7-2(b), neither party nor an attorney for any party may make an ex parte communication with the court except as specifically permitted by the local rules or the Federal Rules of Civil Procedure. Here, Ditech has not given good cause or any compelling reason why the instant motion was submitted to the Court without notice to defendants.

The Clerk of Court is directed to remove the ex parte status on Plaintiff's Ex Parte Motion to Remove Counsel from CM/ECF Service List.

KOLESAR & LEATHAM

By /s/ Michael R. Brooks
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
DITECH FINANCIAL LLC

## ORDER

IT IS SO ORDERED.

DATED this 8th day of January, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

Submitted by:

KOLESAR & LEATHAM

By /s/ Michael R. Brooks
MICHAEL R. BROOKS, ESQ.
Nevada Bar No. 007287
DAVID R. CLAYSON, ESQ.
Nevada Bar No. 002826
400 South Rampart Boulevard, Suite 400
Las Vegas, Nevada 89145

Attorneys for Plaintiff
DITECH FINANCIAL LLC

*Ditech Financial LLC v. Northgate Homeowners Association, et al.*/Case No. 2:16-cv-02400-MMD-VCF
*Ex Parte* Motion to Remove Counsel From CM/ECF Service List And Order

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Kolesar & Leatham, and that on the 5th day of January, 2018, I caused to be served a true and correct copy of foregoing EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND ORDER in the following manner:

(ELECTRONIC SERVICE) Pursuant to Rule 5-4 of the Local Rules of Civil Practice of the United States District Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

/s/ Cindy Kyhn
An Employee of KOLESAR & LEATHAM