# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DITECH FINANCIAL LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION, *et al.*,<br><br>　　　　　Defendants. | 2:16-cv-02400-MMD-VCF<br><br>**ORDER** |

Before the Court is *Ditech Financial LLC v. Northgate Homeowners Association, et al.*, case number 2:16-cv-2400-MMD-VCF.

Discovery was stayed in this matter pending the decision on the Motion for Summary Judgment (ECF No. 48). On January 31, 2018, the parties filed a stipulated judgment (ECF No. 56) as to the entry of final judgment against Northgate. Judgment in favor of Ditech and against Northgate was entered on January 31, 2018. (ECF No. 58).

Accordingly,

IT IS HEREBY ORDERED the status hearing scheduled for 11:00 AM, April 16, 2018, is VACATED.

DATED this 13th day of April, 2018.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE