Stephen Peek, Esq.
Nevada Bar No. 1758
Rachel L. Wise, Esq.
Nevada Bar No. 12303
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702-222-2500
Fax: 702-669-4600
Email: speek@hollandhart.com
rlwise@hollandhart.com

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL, LLC, a foreign corporation,<br><br>Plaintiff,<br><br>v.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONI; DOES 1-10, inclusive,<br><br>Defendants. | Case No. 2:16-cv-02400-MMD-VCF<br><br>**MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** |

Pursuant to LR IA 10.6(e), Rachel L. Wise, Esq., hereby moves this Court for an Order removing her from all service lists, including the court's electronic notification list, in the above-captioned case.

///

///

///

///

///

///

///

Attorney Wise is no longer employed by Gordon Rees Scully Mansukhani, LLP.

DATED this 23rd day of April, 2018.

         HOLLAND & HART LLP


         */s/ Rachel L. Wise*
         Stephen Peek, Esq.
         Nevada Bar No. 1758
         Rachel L. Wise, Esq.
         Nevada Bar No. 12303
         9555 Hillwood Drive, 2nd Floor
         Las Vegas, Nevada 89134

**IT IS SO ORDERED**

_____
Cam Ferenbach, United States Magistrate Judge

DATED: 4-24-2018

**CERTIFICATE OF SERVICE**

I hereby certify that on the 23rd day of April, 2018, a true and correct copy of the foregoing **MOTION TO REMOVE COUNSEL FROM SERVICE LIST AND [PROPOSED] ORDER** was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties by operation of the Court's EM/ECF system, and parties may access this filing through the Court's CM/ECF system.

            */s/ Joyce Heilich*
            An Employee of Holland & Hart LLP

10837083_1