ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
NATALIE L. WINSLOW, ESQ.
Nevada Bar No. 12125
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone: (702) 634-5000
Facsimile : (702) 380-8572
Email: ariel.stern@akerman.com
Email: natalie.winslow@akerman.com
Email: scottl.lachman@akerman.com

*Attorneys for Carrington Mortgage Services, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| DITECH FINANCIAL LLC;<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES; MARIA LOYO-MORALES; KIMBERLY TIBONI; DOES 1-10,<br><br>Defendants. | Case No.: 2:16-cv-02400-MMD-VCF<br><br>**STIPULATION AND ORDER TO CONTINUE DEADLINES FOR BRIEFING FOR MOTIONS FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION [FIRST REQUEST]** |

Carrington Mortgage Services, LLC has assumed servicing of the loan at issue in this case. Ditech Financial LLC no longer has an interest in the loan. Until today, Carrington was unaware of the motions [ECF Nos. 66, 67, 68, 69] filed by Maria Loyo-Morales on May 14, 2021. Carrington retained Akerman LLP today, in the afternoon, after learning about Loyo-Morales's pending motions from its foreclosure trustee. Neither Carrington nor Akerman knew about the motions nor the court's minute order [ECF No. 70] until this afternoon. Carrington needs additional time to enter an appearance, review the prior history of the case, investigate the contentions made in the pending motions, and prepare a response. This is the first stipulation for extension of time to related to the motions filed by Ms. Loyo-Morales.

58297419;1

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

Carrington and Loyo-Morales stipulate to modify its scheduling order as follows:

- Carrington will postpone the currently-scheduled foreclosure to June 15, 2021;
- Carrington's opposition to the motions for TRO and preliminary injunction [ECF Nos. 66, 67, 69] will be due on June 1, 2021.
- Loyo-Morales's reply in support of her motions for TRO and preliminary injunction will be due on June 11, 2021.
- The parties request no change to the court's determination to consider the motion to set aside the default judgment [ECF No. 68] in the ordinary course.

The parties anticipate this proposed schedule will allow the court to consider the motion for TRO and preliminary injunction in sufficient time before the rescheduled foreclosure sale (i.e., June 15, 2021). Should the court require additional time, the parties request it modify the proposed schedule accordingly. Good cause exists to grant the relief requested and no party will be prejudiced by the extension

DATED this 19th day of May 2021.

| **AKERMAN LLP** | **CORY READE DOWS AND SHAFER** |
|---|---|
| */s/ Scott R. Lachman*<br>ARIEL E. STERN, ESQ.<br>Nevada Bar No. 8276<br>NATALIE L. WINSLOW, ESQ.<br>Nevada Bar No. 12125<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>1635 Village Center Circle, Suite 200<br>Las Vegas, Nevada 89134<br><br>*Attorneys for Carrington Mortgage Services, LLC* | */s/ R. Christopher Reade*<br>R. CHRISTOPHER READE, ESQ.<br>Nevada Bar No. 6791<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Maria Loyo-Morales* |

**IT IS SO ORDERED**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:** May 20, 2021

2

58297419;1