1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

DITECH FINANCIAL LLC,

           Plaintiff,

vs.

NORTHGATE HOMEOWNERS
ASSOCIATION;   NEVADA   ASSOCIATION
SERVICES; MARIA LOYO-MORALES;
KIMBERLY TIBONI; DOES 1-10,

          Defendant.

2:16-cv-02400-MMD-VCF

**ORDER**

Before the Court is the Motion to Substitute Parties (ECF No. 75).  Defendant Maria Loyo-Morales filed a Notice of Non-Opposition to Motion to Substitute Parties (ECF No. 82).

Accordingly,

IT IS HEREBY ORDERED that the Motion to Substitute Parties (ECF NO. 75) is GRANTED.

IT IS FURTHER ORDERED that The Bank of New York Mellon FKA The Bank of New York as Trustee for the registered holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-13 (BoNYM) is substituted as plaintiff in place and stead of Ditech Financial LLC.

DATED this 14th day of June, 2021.

_____

CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE