WING YAN WONG, ESQ.
Nevada Bar No. 13622
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-6317
Facsimile: (702) 255-2858
E-Mail: wwong@grsm.com
          charrison@grsm.com

*Attorneys for Northgate Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13, <br><br> Plaintiff, <br><br> vs. <br><br> NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONE; DOES 1-10 inclusive; <br><br> Defendants. | Case No.: 2:16-cv-02400-MMD-VCF <br><br> **STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO CROSS-CLAIM [ECF NO. 100]** <br><br> **FIRST REQUEST** |
| MARIA LOYO-MORALES, an individual, <br><br> Counterclaimant, <br><br> vs. <br><br> THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13, <br><br> Counterdefendant. | |

-1-

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

MARIA LOYO-MORALES, an individual,

              Cross-Claimant,

vs.

NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and KIMBERLY TIBONE , an individual

              Cross-Defendants.

Pursuant to Local Rules IA 6-1, Cross-Claimant MARIA LOYO-MORALES ("Loyo-Morales"), and Cross-Defendant NORTHGATE HOMEOWNERS ASSOCIATION ("Northgate"), by and through their respective attorneys of record, stipulate as follows:

## STIPULATION

1. Loyo-Morales filed her Answer to Complaint [ECF No. 1], Counterclaim and Cross-Claim on July 26, 2022 [ECF No. 100] (the "Cross-Claim").

2. Northgate was served with process on or about August 5, 2022, making its response to the Cross-Claim due on August 26, 2022.

4. Northgate was seeking to retain counsel and has recently retained counsel. Northgate now requires additional time to evaluate the allegations and to prepare a response to the Cross-Claim.

5. Northgate requests an additional 14 days to file its response to the Cross-Claim.

6. Loyo-Morales does not oppose the extension.

7. This stipulation is not made for purposes of delay.

///

1    8.   Therefore, the parties agree that Northgate's response to the Cross-Claim is now
2    due on or before **September 9, 2022.**
3    DATED this 23rd day of August, 2022.

| **GORDON REES SCULLY MANSUKHANI, LLP** | **CORY READE DOWS AND SHAFER** |
|---|---|
| */s/ Wing Yan Wong* <br> Wing Yan Wong, Esq. <br> Nevada Bar No. 13622 <br> Chad A. Harrison, Esq. <br> Nevada Bar No. 13888 <br> 300 S. 4th Street, Suite 1550 <br> Las Vegas, Nevada 89101 <br><br> *Attorney for Northgate Homeowners Association* | */s/ R. Christopher Reade* <br> R. Christopher Reade, Esq. <br> Nevada Bar No. 6791 <br> 1333 North Buffalo Drive, Suite 210 <br> Las Vegas, Nevada 89128 <br><br> *Attorney for Maria Loyo-Morales* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 8-24-2022