WING YAN WONG, ESQ.
Nevada Bar No. 13622
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-6317
Facsimile: (702) 255-2858
E-Mail: wwong@grsm.com
  charrison@grsm.com

*Attorneys for Northgate Homeowners Association*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,<br><br>                    Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONE; DOES 1-10 inclusive;<br><br>                    Defendants. | Case No.:   2:16-cv-02400-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE ANSWER TO CROSS-CLAIM [ECF NO. 100]**<br><br>**SECOND REQUEST** |
| MARIA LOYO-MORALES, an individual,<br><br>                    Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,<br><br>                    Counterdefendant. | |

| | |
|---|---|
| 1 | MARIA LOYO-MORALES, an individual, |
| 2 | Cross-Claimant, |
| 3 | vs. |
| 4 | NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and |
| 5 | KIMBERLY TIBONE , an individual |
| 6 | Cross-Defendants. |

Pursuant to Local Rules IA 6-1, Cross-Claimant MARIA LOYO-MORALES ("Loyo-Morales"), and Cross-Defendant NORTHGATE HOMEOWNERS ASSOCIATION ("Northgate"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Loyo-Morales filed her Answer to Complaint [ECF No. 1], Counterclaim and Cross-Claim on July 26, 2022 [ECF No. 100] (the "Cross-Claim").

2. Northgate was served with process on or about August 5, 2022, making its response to the Cross-Claim due on August 26, 2022.

4. Northgate retained counsel, and recently requested and received an additional 14 days to file its response to the Cross-Claim, which is currently due September 9, 2022.

5. Northgate has been diligently reviewing the factual background, which relates to a foreclosure that took place nearly ten years ago, and the procedural history of the case, which spans several years. However, Northgate requires a few additional days to evaluate the allegations and to prepare a response to the Cross-Claim.

6. Loyo-Morales does not oppose this brief, second extension.

7. This stipulation is not made for purposes of delay.

///

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV 89101*

8. Therefore, the parties agree that Northgate's response to the Cross-Claim is now due on or before **September 16, 2022.**

DATED this 8th day of September, 2022.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **CORY READE DOWS AND SHAFER** |
| /s/  Chad A. Harrison | /s/ R. Christopher Reade |
| Wing Yan Wong, Esq. | R. Christopher Reade, Esq. |
| Nevada Bar No. 13622 | Nevada Bar No. 6791 |
| Chad A. Harrison, Esq. | 1333 North Buffalo Drive, Suite 210 |
| Nevada Bar No. 13888 | Las Vegas, Nevada 89128 |
| 300 S. 4th Street, Suite 1550 | |
| Las Vegas, Nevada 89101 | |
| *Attorney for Northgate Homeowners Association* | *Attorney for Maria Loyo-Morales* |

**ORDER**

IT IS SO ORDERED.

UNITED STATES MAGISTRATE JUDGE

DATED: September 12, 2022

-3-