WING YAN WONG, ESQ.
Nevada Bar No. 13622
CHAD A. HARRISON, ESQ.
Nevada Bar No. 13888
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-6317
Facsimile: (702) 255-2858
E-Mail: wwong@grsm.com
  charrison@grsm.com

*Attorneys for Northgate Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONE; DOES 1-10 inclusive;<br><br>Defendants. | Case No.: 2:16-cv-02400-MMD-VCF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS [ECF NO. 100]**<br><br>**FOURTH REQUEST** |
| MARIA LOYO-MORALES, an individual,<br><br>Counterclaimant,<br><br>vs.<br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,<br><br>Counterdefendant. | |

|   |   |
|---|---|
| MARIA LOYO-MORALES, an individual, | |
| Cross-Claimant, | |
| vs. | |
| NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; and KIMBERLY TIBONE , an individual | |
| Cross-Defendants. | |

Pursuant to Local Rules IA 6-1, Cross-Claimant MARIA LOYO-MORALES ("Loyo-Morales"), and Cross-Defendant NORTHGATE HOMEOWNERS ASSOCIATION ("Northgate"), by and through their respective attorneys of record, stipulate as follows:

**STIPULATION**

1. Loyo-Morales filed her Answer to Complaint [ECF No. 1], Counterclaim and Cross-Claim on July 26, 2022 [ECF No. 100] (the "Cross-Claim").

2. Northgate was served with process on or about August 5, 2022, making its response to the Cross-Claim due on August 26, 2022.

4. Northgate filed a Motion to Dismiss Cross-Claim by Cross-Claimant Maria Loyo-Morales' Cross Claim on September 16, 2022.

5. Loyo-Morales filed a Response to Northgate's Motion to Dismiss on September 30, 2022.

6. Northgate's Reply in Support of its Motion to Dismiss was due October 7, 2022. That deadline was extended by stipulation to October 14, 2022.

7. The parties to this lawsuit have begun informal settlement discussions in an attempt to resolve this matter amicably.

8. Northgate has requested an additional seven days to properly address the arguments in Loyo-Morales' Opposition to said Motion to Dismiss and to continue discussions with Loyo-Morales and the other named parties regarding the resolution of the matter.

9. This stipulation is not made for purposes of delay.

10. Therefore, the parties agree that Northgate's Reply in Support of Motion to Dismiss is now due on or before October 21, 2022

DATED this 14th day of October, 2022.

| | |
|---|---|
| **GORDON REES SCULLY MANSUKHANI, LLP** | **CORY READE DOWS AND SHAFER** |
| */s/ Chad A. Harrison* | */s/ R. Christopher Reade* |
| Wing Yan Wong, Esq.<br>Nevada Bar No. 13622<br>Chad A. Harrison, Esq.<br>Nevada Bar No. 13888<br>300 S. 4th Street, Suite 1550<br>Las Vegas, Nevada 89101 | R. Christopher Reade, Esq.<br>Nevada Bar No. 6791<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128 |
| *Attorney for Northgate Homeowners Association* | *Attorney for Maria Loyo-Morales* |

**ORDER**

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

DATED: October 17, 2022

-3-