1  ARIEL E. STERN, ESQ.
   Nevada Bar No. 8276
2  NATALIE L. WINSLOW, ESQ.
   Nevada Bar No. 12125
3  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
4  AKERMAN LLP
   1635 Village Center Circle, Suite 200
5  Las Vegas, Nevada 89134
   Telephone:    (702) 634-5000
6  Facsimile:    (702) 380-8572
   Email: ariel.stern@akerman.com
7  Email: natalie.winslow@akerman.com
   Email: scott.lachman@akerman.com

8
9  *Attorneys for The Bank of New York Mellon FKA
   The Bank of New York as Trustee for the registered
   holders of the CWABS, Inc., Asset-Backed
10 Certificates, Series 2005-13*

11              **UNITED STATES DISTRICT COURT**

12                 **DISTRICT OF NEVADA**

13

14 THE BANK OF NEW YORK MELLON FKA          Case No. 2:16-cv-02400-MMD-VCF
   THE BANK OF NEW YORK AS TRUSTEE
15 FOR THE REGISTERED HOLDERS OF THE        **STIPULATION AND ORDER FOR**
   CWABS,      INC.,      ASSET-BACKED      **EXTENSION OF TIME TO FILE**
16 CERTIFICATES, SERIES 2005-13,            **RESPONSE TO MOTION TO ALTER OR**
                                            **AMEND JUDGMENT [ECF NO. 139 AND**
17                          Plaintiff,      **ECF NO. 140] PURSUANT TO RULE 59(e)**
                                            **AND RULE 60(b)**
18 vs.
                                            **(FIRST REQUEST)**
19 NORTHGATE            HOMEOWNERS
   ASSOCIATION;    NEVADA  ASSOCIATION
20 SERVICES;    MARIA    LOYO-MORALES;
   KIMBERLY TIBONI; DOES 1-10,
21
                           Defendants.
22

23 AND ALL RELATED CASES.

24

25      The Bank of New York Mellon FKA The Bank of New York as Trustee for the registered

26 holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-13 (**BoNYM**), Northgate

27 Homeowners Association, and Nevada Association Services, Inc. (**NAS**) stipulate that BoNYM,

28 Northgate, and  NAS shall have an additional fourteen (14) days, up to and including **April 6, 2023,**

*AKERMAN LLP*
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572

to file their responses to Maria Loyo-Morales' motion to alter or amend judgment [ECF No. 139 and ECF No. 140] pursuant to rule 59(e) and rule 60(b), which is currently due on March 23, 2023, pursuant to ECF No. 145.  The motion was filed on March 9, 2023.

This is the parties' first request for an extension of this deadline and is not intended to cause any delay or prejudice to any party.

DATED this 10th day of March, 2023.

| **AKERMAN LLP** | **CORY READE DOWS AND SHAFER** |
|---|---|
| /s/ Scott R. Lachman | /s/ Jay Shafer |
| ARIEL E. STERN, ESQ. | R. CHRISTOPHER READE, ESQ. |
| Nevada Bar No. 8276 | Nevada Bar No. 6791 |
| NATALIE L. WINSLOW, ESQ. | JAY SHAFER, ESQ. |
| Nevada Bar No. 12125 | Nevada Bar No. 9184 |
| SCOTT R. LACHMAN, ESQ. | 1333 N. Buffalo Drive, Suite 210 |
| Nevada Bar No. 12016 | Las Vegas, NV 89128 |
| 1635 Village Center Circle, Suite 200 | |
| Las Vegas, NV 89134 | |
| | *Attorneys for Maria Loyo-Morales* |
| *Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the registered holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-13* | |
| **NEVADA ASSOCIATION SERVICES, INC.** | **GORDON REES SCULLY MANSUKHANI, LLP** |
| /s/ Brandon E. Wood | /s/ Chad A. Harrison |
| BRANDON E. WOOD, ESQ. | WING YAN WONG, ESQ. |
| Nevada Bar No. 12900 | Nevada Bar No. 13622 |
| 6625 S. Valley View Boulevard, Suite 300 | CHAD A. HARRISON, ESQ. |
| Las Vegas, NV 89118 | Nevada Bar No. 13888 |
| | 300 S. 4th Street, Suite 1550 |
| *Attorneys for Nevada Associaton Services, Inc.* | Las Vegas, NV 89101 |
| | |
| | *Attorneys for Northgate Homeowners Association* |

## ORDER

IT IS SO ORDERED.

_____

**UNITED STATES DISTRICT JUDGE**
Case No. 2:16-cv-02400-MMD-VCF

DATED: March 13, 2023

AKERMAN LLP
1635 VILLAGE CENTER CIRCLE, SUITE 200
LAS VEGAS, NEVADA 89134
TEL.: (702) 634-5000 – FAX: (702) 380-8572