**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13,<br><br>                    Plaintiff,<br><br>v.<br>NEVADA ASSOCIATION SERVICES, *et al*.,<br><br>                    Defendants. | 2:16-cv-02400-MMD-VCF<br>**ORDER** |
| And all related cases. | |

This matter has been referred to the undersigned to set a case management conference. (ECF No. 154).

Accordingly,

IT IS HEREBY ORDERED that a video case management conference hearing is scheduled for 1:00 p.m., September 13, 2023.

IT IS FURTHER ORDERED that counsel/the parties must email the Courtroom Administrator, Tawnee Renfro at Tawnee_Renfro@nvd.uscourts.gov, with an email address to be used for the video conference hearing by September 12, 2023.

IT IS ORDERED that the following Video Conference Instructions be adhered to as follows:

INSTRUCTIONS FOR VIDEO CONFERENCE HEARING

1  Instructions to the scheduled hearings will be sent via email thirty (30) minutes prior to the hearing
2  to the participants email provided to the Court.

- Log on to the call ten (10) minutes prior to the hearing time.
- Mute your sound prior to entering the hearing.
- Do not talk over one another.
- State your name prior to speaking for the record.
- Do not have others in the video screen or moving in the background.
- No recording of the hearing.
- No forwarding of any video conference invitations.
- Unauthorized users on the video conference will be removed.

Dated this 6th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE