# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

THE BANK OF NEW YORK MELLON
FKA THE BANK OF NEW YORK AS
TRUSTEE FOR THE REGISTERED
HOLDERS OF THE CWABS, INC.,
ASSET BACKED CERTIFICATES,
SERIES 2005-13.

Plaintiff,

vs.

NEVADA ASSOCIATION SERVICES, et al.,

Defendant.

2:16-cv-02400-MMD-VCF
**ORDER**

During yesterday's conference a settlement was reached resolving all claims among all parties.

Dismissal documents are due on or before June 18, 2024. ECF No. 165.

ACCORDINGLY,

Plaintiff's Motion to Amend [ECF No. 160] is DENIED WITHOUT PREJUDICE.

DATED this 19th day of December, 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE