WING YAN WONG, ESQ.
Nevada Bar No. 13622
**GORDON REES SCULLY MANSUKHANI, LLP**
300 S. 4th Street, Suite 1550
Las Vegas, Nevada  89101
Telephone:  (702) 577-9300
Direct:  (702) 577-9310
Facsimile:  (702) 255-2858
E-Mail:   wwong@grsm.com

*Attorneys for Northgate Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,<br><br>Plaintiff,<br><br>vs.<br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONE; DOES 1-10 inclusive;<br><br>Defendants. | Case No.:   2:16-cv-02400-MMD-MDC<br><br>**ORDER GRANTING STIPULATION TO DISMISS NORTHGATE HOMEOWNERS ASSOCIATION WITH PREJUDICE** |

MARIA LOYO-MORALES, an individual,

Counterclaimant,

vs.

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13,

Counterdefendant.

MARIA LOYO-MORALES, an individual,

Cross-Claimant,

vs.

*Gordon Rees Scully Mansukhani, LLP*
*300 S. 4th Street, Suite 1550*
*Las Vegas, NV  89101*

-1-

NORTHGATE HOMEOWNERS ASSOCIATION;
NEVADA ASSOCIATION SERVICES, INC.; and
KIMBERLY TIBONE, an individual

Counter-Defendants.

**STIPULATION AND ORDER TO DISMISS NORTHGATE HOMEOWNERS
ASSOCIATION WITH PREJUDICE**

Plaintiff/Counter-Defendant, THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKET CERTIFICATES, SERIES 2005-13 ("Plaintiff" and/or "Bank of New York Mellon"), by and through its attorneys, Scott R. Lachman, Esq. and Troy A. Lawrence of the law firm AKERMAN, LLP; Counter-Defendant, NORTHGATE HOMEOWNERS ASSOCIATION ("Northgate"), by and through its attorney, Wing Yan Wong, Esq., of the law firm GORDON REES SCULLY MANSUKHANI, LLP; Defendant/Counter-Claimant/Cross-Claimant MARIA LOYO-MORALES ("Loyo-Morales"), by and through her attorney, R. Christopher Reade, Esq. of CORY READE DOWS AND SHAFER; and Defendant NEVADA ASSOCIATION SERVICES, INC. ("NAS") by and through its attorney Brandon Wood, Esq., hereby stipulate and agree, as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101

1.  Northgate and NAS are dismissed from this action, with prejudice.

2.  Each party to bear its/her own attorneys' fees and costs with respect to all claims against

Northgate and NAS in this action.

**IT IS SO STIPULATED.**

Dated this 15th day of April, 2024.                    Dated this 12th day of April, 2024.

GORDON REES SCULLY                         AKERMAN, LLP
MANSUKHANI, LLP

*/s/ Wing Yan Wong*                                  */s/ Troy A. Lawrence*
WING YAN WONG, ESQ.                          Scott R. Lachman, Esq.
Nevada Bar No. 13622                              Nevada Bar No. 12016
300 S. 4th Street, Suite 1550                        Troy A. Lawrence, Esq.
Las Vegas, Nevada  89101                          Nevada Bar No. 16102
                                                            1635 Village Center Circle, Suite 200
*Attorneys for Northgate Homeowners*            Las Vegas, NV 89134
*Association*

                                                            *Attorneys for The Bank of New York Mellon*
                                                            *FKA The Bank of New York as Trustee for*
                                                            *The registered holders of the CWABS, Inc.,*
                                                            *Asset Backed Certificates, Series 2005-13*

Dated this 15th day of April, 2024.                    Dated this 13th day of April, 2024.

CORY READE DOWS AND SHAFER            NEVADA ASSOCIATION SERVICES, INC.

*R. Christopher Reade*                               */s/ Brandon E. Wood*
R. Christopher Reade, Esq.                         Brandon E. Wood, Esq.
Nevada Bar No. 6791                                6625 S. Valley View Blvd., Suite 300
1333 North Buffalo Drive, Suite 210               Las Vegas, NV 898118
Las Vegas, Nevada 89128

                                                            *Attorneys for Nevada Association*
*Attorney for Maria Loyo-Morales*               *Services, Inc.*

**ORDER**

**IT IS SO ORDERED.**

Dated: 4/16/2024

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE

Gordon Rees Scully Mansukhani, LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101