ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
TROY A. LAWRENCE, ESQ.
Nevada Bar No. 16102
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134
Telephone:     (702) 634-5000
Facsimile:      (702) 380-8572
Email: ariel.stern@akerman.com
Email: scott.lachman@akerman.com
Email: troy.lawrence@akerman.com

*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the registered holders of the CWABS, Inc., Asset-Backed Certificates, Series 2005-13*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES 2005-13, <br><br>Plaintiffs, <br><br>v. <br><br>NORTHGATE HOMEOWNERS ASSOCIATION; NEVADA ASSOCIATION SERVICES, INC.; MARIA LOYO-MORALES; KIMBERLY TIBONI, DOES 1-10 inclusive, <br><br>Defendants. | Case No.:  2:16-cv-02400-MMD-MDC <br><br>**ORDER GRANTING STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |
| MARIA LOYO-MORALES, an individual, <br><br>Counterclaimant, <br><br>v. <br><br>THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE REGISTERED HOLDERS OF THE CWABS, INC., ASST-BACKED CERTIFICATES, SERIES 2005-13, <br><br>Counterdefendant. | |

76424545;1

**PLEASE TAKE NOTE** that The Bank of New York Mellon FKA The Bank of New York as Trustee for the Registered Holders of the CWABS, Inc., Asst-Backed Certificates, Series 2005-13 (**BoNYM**) and Maria Loyo-Morales stipulate to dismiss all remaining claims in this action with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear their own costs and fees incurred during the pendency of this action. The dismissal includes all remaining claims in the BoNYM's complaint (ECF No. 1), as well as all remaining claims in Loyo-Morales' counterclaim and cross-claim (ECF No. 100).

This Stipulation and Order does not apply (i) to any separate and continuing contractual or equitable obligations that may currently exist between or among Loyo-Morales and BoNYM, (ii) to any other property owned by Loyo-Morales, now or in the future, and (iii) to other pending litigation involving a different property, captioned *Bank of New York Mellon v. Loyo-Morales*, Clark County District Court, Case No. A-22-845974-C.

**IT IS SO STIPULATED.**

DATED this 16th day of May, 2024.

| **AKERMAN LLP** | **CORY READE DOWS & SHAFER** |
|---|---|
| /s/ Troy A. Lawrence | /s/ R. Christopher Reade |
| ARIEL STERN, ESQ.<br>Nevada Bar No. 8276<br>SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>TROY A. LAWRENCE, ESQ.<br>Nevada Bar No. 16102<br>1635 Village Center Circle, Suite 200<br>Las Vegas, NV 89134<br><br>*Attorneys for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Registered Holders of the CWABS, Inc., Asst-Backed Certificates, Series 2005-13* | R. CHRISTOPHER READE, ESQ<br>Nevada Bar No. 6791<br>1333 North Buffalo Drive, Suite 210<br>Las Vegas, Nevada 89128<br><br>*Attorney for Maria Loyo-Morales* |

## ORDER

**UPON STIPULATION** of the parties, and good cause appearing therefore, it is hereby **ORDERED, ADJUDGED AND DECREED** that the remaining claims in the above-entitled action be dismissed with prejudice, each party to bear their own costs and fees.

DATED this 17th day of May 2024.

_____
**UNITED STATES DISTRICT JUDGE**

76424545;1